# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia - Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Mary Kathryn Riggins | ) Case No: 4:13-CR-00171-1 |
| | ) USM No: 18520-021 |
| Date of Original Judgment: March 19, 2014 | ) Lynne M. Fleming |
| Date of Previous Amended Judgment: Not Applicable | ) Defendant's Attorney |

*(Use Date of Last Amended Judgment, if any)*

FILED U.S. DISTRICT COURT SAVANNAH DIV. JUL -9 2015

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated March 19, 2014, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 8, 2015

Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
*Printed name and title*

Effective Date: November 1, 2015
*(if different from order date)*